UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| G4S SECURE SOLUTIONS (CANADA) LTD., a Canadian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SENTINEL OFFENDER SERVICES, LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 8:17-cv-01161-JLS-JPR <br><br> **JUDGMENT** |

Pursuant to the Court's July 17, 2018 Order Granting Plaintiff's Motion for Summary Judgment (Doc. 33), IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

Judgment is entered in favor of plaintiff G4S Secure Solutions (Canada) Ltd., a Canadian corporation ("G4S Canada"), and against defendant Sentinel Offender Services, LLC, a Delaware limited liability company ("Sentinel") on G4S Canada's First Cause of Action for Breach of the Inventory Purchase Agreement and Second Cause of Action for Breach of the Settlement Agreement in the amount of CAD $1,243,330.57, converted to U.S. Currency at the rate

applicable on May 12, 2016, of 1.2857,[1] which converts to USD $967,045.63, in addition to prejudgment simple interest at the rate of 1% per month totaling $252,979.14 through July 17, 2018,[2] and interest in the amount of $317.93 per day through the date of entry of judgment, and post-judgment interest at a rate set by 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

DATED: July 27, 2018

                                    Josephine L. Staton
                               United States District Judge

---

[1] *See* https://www.federalreserve.gov/releases/h10/hist/dat00_ca.htm.

[2] Simple interest is calculated as principal × rate (yearly) × time (in years), as follows: $967,045.63 × 0.12× 2.18 = $252,979.14.